IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

LISA RICARD,                                                    )
                                                               )
v.                                                             )        1:09-0008
                                                               )
MICHAEL J. ASTRUE, Commissioner of Social                      )
    Security.                                                  )

# O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends that the Plaintiff's Motion for Judgment on the Administrative Record be granted, Defendant's Motion for Summary Judgment be denied, and this case be reversed and the cause remanded for further administrative proceedings consistent with the Report and Recommendation. No objectrions have been filed.

The Court has considered the report of the Magistrate Judge and finds that the report is correct in law and fact.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #13, is **GRANTED,** the Defendant's Motion for Judgment on the Record, Document #17, be **DENIED,** and the decision of the Social Security Administration is **REVERSED and the cause REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge